IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TOMMY PEARSON,<br><br>   Plaintiff,<br><br>    v.<br><br>SUPERIOR COURT OF FULTON COUNTY<br>STATE OF GEORGIA, et al.,<br><br>   Defendants. | CIVIL ACTION FILE<br>NO. 1:16-CV-2109-TWT |

**ORDER**

     This is a pro se prisoner civil rights action against the Superior Court of Fulton County and the District Attorney.  It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge recommending dismissing the action for failure to state a claim. The Superior Court is not an entity susceptible to being sued and the District Attorney is immune.  The Court approves and adopts the Report and Recommendation as the judgment of the Court.  This action is DISMISSED.

T:\ORDERS\16\Pearson\16cv2109\r&r.wpd

SO ORDERED, this 25 day of August, 2016.

                                        /s/Thomas W. Thrash
                                        THOMAS W. THRASH, JR.
                                        United States District Judge